**Janet Jane BRANSON,
Petitioner–Respondent,**

**v.**

**John Robert BRANSON,
Respondent–Appellant.**

**No. 56803.**

Missouri Court of Appeals,
Eastern District,
Division 1.

July 17, 1990.

David B. Tobben, Washington, for respondent-appellant.

David L. Baylord, Union, for petitioner-respondent.

ORDER

PER CURIAM.

Husband appeals from those portions of a dissolution decree relating to the distribution of marital property and the award of attorney fees to wife. We affirm. The decree is supported by substantial evidence, is not against the weight of the evidence and no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for

our order affirming the judgment pursuant to Rule 84.16(b).

**STATE of Missouri,
Plaintiff/Respondent,**

**v.**

**Steven P. BUEHLER,
Defendant/Appellant.**

**No. 57688.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 17, 1990.

James J. Robinson, Chesterfield, for defendant-appellant.

Robert E. Parks, Asst. Pros. Atty., Union, for plaintiff-respondent.

ORDER

PER CURIAM.

Appellant, Steven Buehler, appeals his bench trial conviction on the charge of failure to keep right pursuant to RSMo section 304.015.2 (1986). We affirm. We have reviewed the record and the briefs of the parties and find that the findings and conclusions of the trial court are supported by substantial evidence. No precedential value would be served by a full opinion. Rule 30.25(b). A memorandum, solely for the use of the parties involved, has been supplied explaining our reasons for so holding. We also deny respondent's motion to dismiss.